Charles P. Kennedy (#1034735)
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:  908.654.5000
Fax: 908.654.7866

*Attorneys for Plaintiff Quantum Stream Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| QUANTUM STREAM INC., | : | **ECF CASE** |
| | : | |
| Plaintiff, | : | Civil Action No. 15-cv-8240 |
| v. | : | |
| | : | |
| DIRECTV, LLC, | : | |
| | : | |
| Defendant. | : | |
| | x | |

## RULE 7.1 DISCLOSURE STATEMENT OF QUANTUM STREAM INC.

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Quantum Stream Inc., through its attorneys, declares that it is a wholly owned subsidiary of Vringo, Inc., a Delaware corporation, whose common stock trades on the NASDAQ Exchange under the symbol VRNG. Quantum Stream Inc. has no other corporate parents, subsidiaries, affiliates, securities, or interests that are publicly held or traded.

                                                              Respectfully submitted,

                                                              LERNER, DAVID, LITTENBERG,
                                                               KRUMHOLZ & MENTLIK, LLP
                                                              *Attorneys for Plaintiff Quantum Stream Inc.*

Dated: October 20, 2015                      By: s/ Charles P. Kennedy
                                                                       Charles P. Kennedy (#1034735)
                                                                       Tel:    908.654.5000
                                                                       E-mail: ckennedy@lernerdavid.com
                                                                              litigation@lernerdavid.com