UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANTUM STREAM INC., | : Civil Action No. 15-cv-8240 |
| Plaintiff, | : |
| v. | : |
| DIRECTTV, LLC | : |
| Defendant. | : |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-10-2015

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendants to move, answer or otherwise respond to the Complaint is extended until December 13, 2015. The reason for this request is to provide time for the defendants to analyze the Complaint and prepare responses.

_____
QUANTUM STREAM INC.

Charles P. Kennedy
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel: 908-654-5000
Fax: 908-654-7866

_____
DIRECTV, LLC

Brian J. Gaffney
General Attorney - IP Litigation
AT&T Services, Inc.
208 S. Akard Street
Dallas, TX 75202
Tel: 214-757-3459
Fax: 214-746-6448

SO ORDERED this 10th day of November 2015.

_____
J.

tmc